**GORDON REES SCULLY MANSUKHANI, LLP**
Claudia A. Costa, Esq.
Attorney ID Number.: 6811
1 Battery Park Plaza, 28th Floor
New York, New York 10004
Phone:  212-453-0779
Fax:  (212) 269-5505
E-mail:  ccosta@grsm.com
*Attorneys for Non-Parties*
*Bradley W. Howard and Jeffrey S. Baird*

|  |  |
|---|---|
| -------------------------------------------------------------X<br>LIFESCAN, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>JEFFREY C. SMITH, ET AL.,<br><br>Defendants.<br>-------------------------------------------------------------X<br>ROCHE DIAGNOSTICS CORPORATION,<br><br>Plaintiff,<br><br>- against –<br><br>JEFFREY C. SMITH, et al.,<br><br>Defendants.<br>-------------------------------------------------------------X | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action Nos. 17-5552 and 19-8761<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in the above-entitled actions on behalf of Non-Parties, BRADLEY W. HOWARD and JEFFREY S. BAIRD.

Dated: December 14, 2021

                                              GORDON REES SCULLY MANSUKHANI, LLP
                                              *Attorneys for Non-Parties*

                                          By: */s/ Claudia A. Costa*
                                             Claudia A. Costa, Esq.

TO:  All Attorneys of Record via ECF