**Patterson Belknap**

www.pbwt.com

April 14, 2023

Peter Harvey
Partner
(212) 336-2810
(212) 336-1217 Direct Fax
pcharvey@pbwt.com

By Email Attachment

Honorable Dennis M. Cavanaugh
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

> **Re:   *LifeScan, Inc. v. Smith et al.*, No. 17-cv-5552 (CCC) (JSA) (D.N.J.)**
>
> ***Roche Diagnostics Corp. et al. v. Smith et al*., No 19-cv-8761 (CCC) (JSA) (D.N.J.)**

Dear Judge Cavanaugh:

We represent LifeScan, Inc. and Roche Diagnostics Corp. and Roche Diabetes Care, Inc. (together, "Roche" and, with LifeScan, "Plaintiffs"). We write regarding Your Honor's order of April 14, 2023 directing defendant Lee Rosebush to sit for another deposition. *LifeScan*, Dkt. No. 739.

Plaintiffs respectfully request that the order be clarified with respect to Mr. Rosebush's law firm affiliation. While the order refers to Mr. Rosebush as "a partner in the firm of Brown & Fortunado," *id.* at 2, Mr. Rosebush is a partner at Baker & Hostetler LLP.

We thank the Court for its attention to this matter.

Respectfully submitted,

 /s/ *Peter C. Harvey*
Peter C. Harvey

Patterson Belknap Webb & Tyler LLP   1133 Avenue of the Americas, New York, NY 10036   T 212.336.2000   F 212.336.2222