# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIFESCAN, INC., et al., | Civil Action No. 17-5552 and 19-8761 (CCC)(JSA) |
| Plaintiffs, | |
| v. | **ORDER & OPINION OF THE SPECIAL MASTER JUDGE DENNIS CAVANAUGH, RET.** |
| JEFFREY C. SMITH., et al., | |
| Defendants | |

| |
|---|
| ROCHE DIAGNOSTICS CORPORATION, et al., |
| Plaintiffs, |
| v. |
| JEFFREY C. SMITH., et al., |
| Defendants |

WHEREAS, Plaintiffs LifeScan, Inc., Roche Diagnostics Corporation, and Roche Diabetes Care, Inc. ("Plaintiffs") filed a motion before the Special Master to compel Defendant Lee Rosebush ("Defendant" or "Rosebush") to appear for additional deposition questioning and to provide responsive answers (the "Motion");

WHEREAS, Defendant opposed the Motion and Plaintiffs filed a reply;

WHEREAS, the Special Master issued an Order and Opinion, dated April 14, 2023 (ECF No. 739), granting the Motion;

WHEREAS, the Order and Opinion incorrectly states that Defendant is a partner in the firm of Brown & Fortunato (ECF No. 739, at p. 2);

WHEREAS, Defendant is a partner in the law firm of Baker & Hostetler LLP;

1

IT IS HEREBY ORDERED that page 2 of the Order and Opinion (ECF No. 739) is REVISED to indicate that Defendant Lee Rosebush is a partner in the law firm of Baker & Hostetler LLP, not Brown & Fortunato.

IT IS FURTHER ORDERED that the remainder of the Order and Opinion (ECF No. 739) remains unchanged and in effect.

Date:   April 24, 2023

*Dennis M. Cavanaugh*
**DENNIS M. CAVANAUGH, U.S.D.J. (Ret.)**
**Special Master**